THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* DANIEL O'DAY, Appellant.

*People* v. *O'Day*, 160 App. Div. 885, affirmed.
(Argued June 3, 1915; decided July 13, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1913, which affirmed a judgment of the Court of General Sessions of the Peace of the county of New York, rendered upon a verdict convicting the defendant of the crime of attempt to commit murder in the first degree.

*Leonard F. Fish* for appellant.

*Charles A. Perkins, District Attorney (Stanley L. Richter* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDECACK, HOGAN, MILLER and SEABURY, JJ.